[   ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**                                                                                                   **Case No.:**

    **(1)** Jackallisa Iissue Wesley

    **(2)**

**Debtor(s).**                                                                                         **Chapter 13**

## CHAPTER 13 PLAN

**ADDRESS:**

    **(1)** 3333 Bowen Cove                                                          **(2)**

    Memphis, TN 38125

**PLAN PAYMENT:**

    **Debtor (1) shall pay:** $ 255.00    ( ) weekly, ( X ) every two weeks, ( ) semi-monthly, or ( ) monthly by:

    ( X ) **PAYROLL DEDUCTION from:**                                OR    ( ) **DIRECT PAY**

    Autozoners, LLC
    Attn: Payroll Dept
    123 S. Front St.
    Memphis, TN 38103

    **Debtor (2) shall pay:** $            ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly by:
    ( ) **PAYROLL DEDUCTION from:**                                OR    ( ) **DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**
   - (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]                ( ) YES ( X ) NO
   - (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]                ( X ) YES ( ) NO
   - (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].                ( X ) YES ( ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( X ) Included in Plan; OR ( ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**                                                                               **Monthly Plan Payments**

5. **PRIORITY CLAIMS:**                                                       **Amount**                **Monthly Plan Payments**

   IRS                                                                            $500.00                           $9.00

6. **HOME & MORTGAGE CLAIMS:**

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]           **Value of collateral**           **Rate of interest**           **Monthly plan payment**

   Honda Financial Services                        $14,000.00                          6%                           $280.00

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
   [Retain lien 11 U.S.C. §1325 (a)]               **Value of collateral**           **Rate of interest**           **Monthly plan payment**

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
                                                                                               **Collateral:**

| | | | |
|---|---|---|---|
| 10. | **SPECIAL CLASS UNSECURED CLAIMS:** | **Amount**  **Rate of interest**  **Monthly plan payment** | |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**     **Not provided for**    OR    **General unsecured credotpr**

    All loans to Great Lakes & US Dept of Ed        Not provided for
      (in deferment)

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

    Memphis Bonding Company

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $ 3,700.00; however, amount is to be determined after all claims are filed, undersecured amounts determined, deficiencies determined, etc.

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
    (A) ( ) _____%, OR,
    (B) ( X ) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**    **Assumes**    OR    **Rejects**

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately __60__ months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

    **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID**

20.     **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

___/s/ Philip F. Counce_____ DATE: ___5/30/19_____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**